HENKEL et al. v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. May 12, 1915.) No. 2095. Appeal from the Circuit Court of the United States for the District of Montana. Walsh & Nolan, of Helena, Mont., for appellants. B. K. Wheeler, U. S. Atty., of Butte, Mont.

PER CURIAM. Pursuant to stipulation and agreement of counsel for respective parties, filed May 12, 1915, case entered dismissed by clerk pursuant to provisions of rule 20 of Rules of Practice of Circuit Court of Appeals. See, also, 196 Fed. 345, 116 C. C. A. 165.

---

In re INTERSTATE CONST. CO. HAMMOND SAVINGS BANK & TRUST CO. v. FIRST NAT. BANK OF HAMMOND, IND. (Circuit Court of Appeals, Seventh Circuit. May 26, 1915.) Nos. 2198, 2199. Appeals from the District Court of the United States for the District of Indiana. Jas. Rosenthal, of Chicago, Ill., for appellant. W. J. Whinery and J. E. Wilson, both of Hammond, Ind., for appellee.

PER CURIAM. Heard and affirmed.

---

KEOKUK & HAMILTON BRIDGE CO. v. MISSISSIPPI RIVER POWER CO. (Circuit Court of Appeals, Seventh Circuit. April 27, 1915.) No. 2034. Appeal from the District Court of the United States, for the Southern District of Illinois. F. T. Hughes and E. L. McCoid, both of Keokuk, Iowa, and C. A. Boston, of New York City, for appellant. Apollos W. O'Harra, of Keokuk, Iowa, W. E. Blake, of Burlington, Iowa, and J. O. Boyd, of Keokuk, Iowa, for appellee.

PER CURIAM. Appeal dismissed.

---

LEWIS v. UNITED STATES. (Circuit Court of Appeals, Seventh Circuit. April 27, 1915.) No. 1880. In Error to the District Court of the United States for the Northern District of Illinois. Wm. A. Cunnea and B. E. Cohen, both of Chicago, Ill., for plaintiff in error. Jas. H. Wilkerson, of Chicago, Ill., for defendant in error.

PER CURIAM. Order reversing on confession of error.

---

MONTANA WATER CO. v. CITY OF BILLINGS. (Circuit Court of Appeals, Ninth Circuit. May 3, 1915.) No. 2602. Appeal from the District Court of the United States for the District of Montana. O. F. Goddard and Wm. Johnston, both of Billings, Mont., and Gunn, Rasch & Hall, of Helena, Mont., for appellant. Edward Horsky, C. B. Nolan, and Wm. Scallon, all of Helena, Mont., and James L. Davis, of Billings, Mont., for appellee.

PER CURIAM. Pursuant to stipulation of counsel for respective parties thereto, appeal (from 214 Fed. 121) dismissed, without cost to either party.

---

NEWMAN v. NEWMAN CLOCK CO. et al. (Circuit Court of Appeals, Seventh Circuit. April 29, 1915.) No. 1782. Appeal from the Circuit Court of the United States for the Eastern Division of the Northern District of Illinois. Chester E. Cleveland, of Chicago, Ill., for appellant. R. M. Shaw, and J. Sidney Condit, both of Chicago, Ill., for appellees.

PER CURIAM. Appeal dismissed.